# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MELINDA YORK, | : |
| Plaintiff, | : |
| vs. | :     CA 19-0778-MU |
| ANDREW M. SAUL, Commissioner of Social Security, | : |
| Defendant. | : |

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court[1] on the Commissioner's unopposed motion to reverse the decision of the Administrative Law Judge and remand this action for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (*See* Doc. 15). In his motion, the Commissioner represents that it is his belief that this case should be remanded for further administrative proceedings: "On remand, the Administrative Law Judge will reassess the claimant's residual functional capacity and in so doing, reevaluate the opinion of Andre Fontana, M.D.; and, if warranted, obtain supplemental vocational evidence." (*Id.* at 1).[2]

Given this representation and the plain language of sentence four of 42 U.S.C. §

---

[1] The parties have consented to the exercise of jurisdiction by the Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all proceedings in this Court. (Doc. 16 ("In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, . . . order the entry of a final judgment, and conduct all post-judgment proceedings."); *see also* Doc. 17 (endorsed order of reference)).

[2] Counsel for the defendant advised Plaintiff's counsel, Byron A. Lassiter, Esquire, of the contours of the motion and was advised that Plaintiff would interpose no objection to the requested relief. (*See id.* at 1).

405(g) empowering this Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing[,]" the Commissioner's unopposed motion to remand (Doc. 15) is **GRANTED** and it is **ORDERED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings consistent with this decision. The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *see Shalala v. Schaefer*, 509 U.S. 292, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** this the 31st day of January, 2020.

s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**